**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DIXON HOLDINGS, LLC,

      Plaintiff,

v.                                                                                  Case No: 8:25-mc-40-WFJ-AAS
                                                                                                    8:25-mc-41-WFJ-AAS
                                                                                                    8:25-mc-42-WFJ-AAS

RENATA ANGIOLI,

      Defendant.

_____/

## **ORDER**

Before the Court is the United States Magistrate Judge's report recommending that Defendant Renata Angioli's motion to dismiss with prejudice filed in Case No. 8:25-mc-40-WFJ-AAS (Dkt. 43) and 8:25-mc-41-WFJ-AAS (Dkt. 9) be denied. The report also recommends that Ms. Angioli's request to release of all funds from the garnished accounts be denied. Plaintiff Dixon Holdings, LLC, the judgment creditor, responded in opposition to the motion. Dkt. 52. The time for filing objections has passed.

Absent objection, the Court conducts a "careful and complete" review of the report and recommendation. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982 (*per curiam*) (quotation citation omitted). "Clear error" review applies to portions of the report and recommendation to which no objection is made. *Macort*

*v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (*per curiam*) (quotation citation omitted). Legal conclusions are reviewed *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The Court may accept, reject, or modify, in whole or in part, the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams*, 681 F.2d at 732.

The Magistrate Judge, in a careful analysis, found that Defendant Angioli's contentions concerning service and proper notice are not well-taken. Dkt. 62. Having previously determined that Ms. Angioli failed to timely file a completed form for claim of exemption and failed to timely move to dissolve the writ of garnishment after receiving notice, *see* 25mc40, Dkt. 51, the Court agrees with the Magistrate Judge's finding that Ms. Angioli fails to claim exemptions or dissolve the writ under the new theory of joint account ownership or New York law. The claimed exemptions are waived.

Having conducted a *de novo* and independent review of the file, and for the sound reasons explained in the Report and Recommendation, the Court rules as follows:

1. The Report and Recommendation (Dkt. 62) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Defendant Renata Anglioli's motion to dismiss (25mc40, Dkt. 43; 25mc41, Dkt. 9) is **DENIED.**

**DONE** and **ORDERED** in Tampa, Florida on June 17, 2026.

s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

<u>**Copies furnished to**</u>:
Counsel of record
Defendant, *pro se*